UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DORIE IDSINGA,

       Plaintiff,                                          Case No. 1:13-CV-1002

v.                                                     HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ellen S. Carmody's March 26, 2015 Report and Recommendation recommending that the Commissioner's decision be affirmed. The Report and Recommendation was duly served on the parties on March 26, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued March 26, 2015 (dkt. #18), is **ADOPTED** as the Opinion of the Court.

The Commissioner's decision is affirmed.

This case is concluded.


Dated: April 16, 2015                                            /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE